**BK Attorney Services, LLC**
PO Box 4590
Pasco, WA 99302

# CERTIFICATE OF SERVICE

DATE RECEIVED: Mar 04 2016   TIME RECEIVED: 04:50AM   TOTAL SERVED: 55

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:  Rhonnel Vitug
Donnabelle Vitug

CASE NO: 8-11-BK-18167-CPM

**CERTIFICATE OF SERVICE**

Attorney/Trustee:  Jon M. Waage
Address:  PO Box 25001
Bradenton, FL 34206-5001
Phone:  941-747-4644

On 3/4/2016, a copy of the following documents, described below,

- Doc. No. 79
Corrective Order Allowing and Disallowing Claims and Ordering Disbursements

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/4/2016

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Trustee
Jon M. Waage
PO Box 25001
Bradenton, FL 34206-5001

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS CERTIFIED CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-8<br>CASE 8-11-BK-18167-CPM<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>FRI MAR 4 08-30-40 EST 2016 | CR EVERGREEN II LLC<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | CANDICA LLC<br>CO WEINSTEIN & RILEY PS<br>2001 WESTERN AVE. STE 400<br>SEATTLE WA 98121-3132 |
| CAPITAL ONE AUTO FINANCE<br>CO ASCENSION CAPITAL GROUP<br>ATTN- MICHAEL AIKEN<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | CAPITAL ONE AUTO FINANCE<br>LAW OFFICES OF DANIEL C. CONSUEGRA PL<br>P.O. BOX 201347<br>ARLINGTON TX 76006-1347 | CAPITAL ONE N.A.<br>BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 |
| HSBC BANK NEVADA N.A.<br>BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FUNDING LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |

*EXCLUDE*

| | | |
|---|---|---|
| ~~CATHERINE PEEK MCEWEN~~<br>~~TAMPA~~ | SUSAN PROFANT<br>KEN BURTON JR<br>MANATEE COUNTY TAX COLLECTOR<br>4333 US 301 NORTH<br>ELLENTON FL 34222-2413 | DONNABELLE VITUG<br>6015 44TH CT. E.<br>BRADENTON FL 34203-7022 |

*DEBTOR*

| | | |
|---|---|---|
| RHONNEL VITUG<br>6015 44TH CT. E.<br>BRADENTON FL 34203-7022 | WORLD OMNI FINANCIAL CORP.<br>CO MATTHEW SCOTT ESQUIRE<br>110 SE 6 STR 15 FLR<br>FORT LAUDERDALE FL 33301-5004 | WORLD OMNI FINANCIAL CORP.<br>CO CHRISTINA V. PARADOWSKI ESQUIRE<br>110 SE 6TH STR 15TH FLR<br>FORT LAUDERDALE FL 33301-5004 |
| ECAST SETTLEMENT CORPORATION<br>CO BASS & ASSOCIATES P.C.<br>3936 E FT. LOWELL SUITE 200<br>TUCSON AZ 85712-1083 | ASCENSION CAPITAL GROUP INC.<br>ATTN- CAPITAL ONE AUTO FINANCE DEPARTMEN<br>CO MICHAEL AIKEN<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| BB&T<br>PO BOX 580048<br>CHARLOTTE NC 28258-0048 | BANK OF AMERICA<br>PO BOX 851001<br>DALLAS TX 75285-1001 | BANKER□S LEASING COMPANY<br>PO BOX 7740<br>URBANDALE IA 50323-7740 |
| BANKERS HEALTHCARE GROUP<br>4875 VOLUNTEER ROAD<br>SUITE 100<br>SOUTHWEST RANCHES FL 33330-2118 | BANKERS LEASING COMPANY<br>11017 AURORA AVENUE<br>URBANDALE IA 50322-7902 | BANKERS LEASING COMPANY<br>PO BOX 7740<br>URBANDALE IA 50323-7740 |
| BANLEACO EQUIPMENT LEASE<br>CO BANKERS LEASING COMPANY<br>10052 JUSTIN DRIVE<br>SUITE A<br>URBANDALE IA 50322-3876 | BANLEACO EQUIPMENT LEASE<br>CO TARTAN GROUP<br>270 NORTH EISENHOWER LANE<br>SUITE 4A<br>LOMBARD IL 60148-5420 | CAPITAL ONE AUTO FINANCE<br>PO BOX 60511<br>CITY OF INDUSTRY CA 91716-0511 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CAPITAL ONE AUTO FINANCE              CAPITAL ONE AUTO FINANCE              CAPITAL ONE AUTO FINANCE A DIVISION
CO ASCENSION CAPITAL GROUP            CO FLORIDA DEFAULT LAW GROUP PL       OF CAPI
P.O. BOX 201347                       PO BOX 2501                           P.O. BOX 201347
ARLINGTON TX 76006-1347               TAMPA FL 33601-2501                   ARLINGTON TX 76006-1347


CAPITAL ONE BANK                      CAPITAL ONE N.A                       CARDMEMBER SERVICES
PO BOX 71083                          CO BASS & ASSOCIATES-                 PO BOX 15153
CHARLOTTE NC 28272-1083               3936 E. FT. LOWELL RD. SUITE 200      WILMINGTON DE 19886-5153
                                      TUCSON AZ 85712-1083


CHASE BANK USA N.A.                   CREDIT FIRST NA                       CREDIT FIRST NA
PO BOX 15145                          PO BOX 81344                          PO BOX 818011
WILMINGTON DE 19850-5145              CLEVELAND OH 44188-0001               CLEVELAND OH 44181-8011


DEPARTMENT OF REVENUE                 BANK OF AMERICA                       GE CAPITAL RETAIL BANK
PO BOX 6668                           PO BOX 982238                         ATTN- BANKRUPTCY DEPARTMENT
TALLAHASSEE FL 32314-6668             EL PASO TX 79998-2238                 PO BOX 960061
                                                                            ORLANDO FL 32896-0661


GE MONEY BANK                         GEMBLOWE S                            HSBC BANK NEVADA N.A.
PO BOX 960061                         PO BOX 960010                         BASS & ASSOCIATES P.C.
ORLANDO FL 32896-0061                 ORLANDO FL 32896-0010                 3936 E. FT. LOWELL RD SUITE 200
                                                                            TUCSON AZ 85712-1083


HSBC BANK NEVASA NA                   HSBC RETAIL SERVICES                  HSBCBEST BUY
CO PATTI H. BASS ESQUIRE              DEPT. 7680                            PO BOX 5238
3936 E. FT. LOWELL ROAD #200          CAROL STREAM IL 60116-0001            CAROL STREAM IL 60197-5238
TUCSON AZ 85712-1083


INTERNAL REVENUE SERVICE              INTERNAL REVENUE SERVICE              PORTFOLIO RECOVERY ASSOCIATES LLC
CENTRALIZED INSOLVENCY OPERATIONS     P.O. BOX 7346                         PO BOX 41067
PO BOX 7346                           PHILADELPHIA PA 19101-7346            NORFOLK VA 23541-1067
PHILADELPHIA PA 19101-7346


SUNTRUST BANK                         SUNTRUST BANK                         TARTAN GROUP
ATTN- SUPPORT SERVICES                PO BOX 79282                          270 N. EISENHOWER LANE
POB 85092                             BALTIMORE MD 21279-0282               SUITE 4A
RICHMOND VA 23286-0001                                                      LOMBARD IL 60148-5420


WELLS FARGO FIN. NAT.                 WELLS FARGO FINANCIAL NATIONAL BANK   WELLS FARGO HOME MORTGAGE
PO BOX 660431                         4137 121ST STREET                     PO BOX 660455
DALLAS TX 75266-0431                  URBANDALE IA 50323-2310               DALLAS TX 75266-0455
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WORLD OMNI FINANCIAL CORP<br>CO MATTHEW SCOTT ESQUIRE<br>110 SE 6TH STREET 16TH FLOOR<br>FT. LAUDERDALE FL 33301-5000 | WORLD OMNI FINANCIAL CORP.<br>6150 OMNI PARK DR.<br>MOBILE AL 36609-5195 | WORLD OMNI FINANCIAL CORP.<br>PO BOX 991817<br>MOBILE AL 36691-8817 |

*CM/ECF E-SERVICE*
RICHARD V ELLIS +
HAUSBURG & ELLIS PA
3202 NORTH TAMIAMI TRAIL
SARASOTA FL 34234-5862

*CM/ECF E-SERVICE*
JON WAAGE +
P O BOX 25001
BRADENTON FL 34206-5001

*CM/ECF E-SERVICE*
RICHARD S. RALSTON +
WEINSTEIN & RILEY P.S.
2001 WESTERN AVENUE SUITE 400
SEATTLE WA 98121-3132

*CM/ECF E-SERVICE*
KIMBERLY MCINTYRE +
JON M WAAGE CHAPTER 13 TRUSTEE
PO BOX 25001
BRADENTON FL 34206-5001

*CM/ECF E-SERVICE*
MATTHEW H SCOTT +
TRIPP SCOTT PA
110 SE 6TH STREET 15TH FLOOR
FORT LAUDERDALE FL 33301-5004

*CM/ECF E-SERVICE*
SHAINA DRUKER +
BROCK AND SCOTT PLLC
POST OFFICE BOX 25018
TAMPA FL 33622-5018

*CM/ECF E-SERVICE*
CHRISTINA V PARADOWSKI +
TRIPP SCOTT P.A.
110 SE 6TH STREET 15TH FLOOR
FORT LAUDERDALE FL 33301-5004

*CM/ECF E-SERVICE*
NOTE- ENTRIES WITH A □+□ AT THE END OF THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF